1  Paula D. Pearlman, State Bar No. 109038
   Shawna L. Parks, State Bar No. 208301
2  Matthew Strugar, State Bar No. 232951
   DISABILITY RIGHTS LEGAL CENTER
3  919 Albany Street
   Los Angeles, CA 90015
4  Telephone: (213) 252-7406
   Facsimile: (213) 736-1428
5  paula.pearlman@lls.edu
   shawna.parks@lls.edu
6  matthew.strugar@lls.edu

7  Guy Ruttenberg, State Bar No. 207937
   Ali-Reza Boloori, State Bar No. 271489
8  Jason Kelly, State Bar No. 274144
   KIRKLAND & ELLIS LLP
9  333 South Hope Street
   Los Angeles, CA 90071
10 Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
11 guy.ruttenberg@kirkland.com
   ali-reza.boloori@kirkland.com
12 jason.kelly@kirkland.com

13 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC., a business entity,<br><br>            Defendant. | CASE NO. CV11 02620 JFW (CWx)<br><br>CORPORATE DISCLOSURE STATEMENT OF MS. WHEELCHAIR CALIFORNIA PAGEANT, INC. |

CORPORATE DISCLOSURE STATEMENT OF MS. WHEELCHAIR
CALIFORNIA PAGEANT, INC.

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the
2  undersigned, counsel of record for Plaintiff Ms. Wheelchair California Pageant, Inc.,
3  certify that Ms. Wheelchair California Pageant, Inc. has no parent corporations or
4  publicly held affiliates, and that no publicly held corporations own 10% or more of
5  Ms. Wheelchair California Pageant, Inc. stock.  This representation is made to enable
6  the Court to evaluate possible disqualification or recusal.

DATED:  March 29, 2011           By:  _____
                                      Paula D. Pearlman
                                      Shawna L. Parks
                                      Mathew Strugar
                                      DISABILITY RIGHTS LEGAL
                                      CENTER
                                      919 Albany Street
                                      Los Angeles, CA  90017
                                      Tel:  (213) 252-7406

                                      Guy Ruttenberg
                                      Ali-Reza Boloori
                                      Jason Kelly
                                      KIRKLAND & ELLIS LLP
                                      333 South Hope Street
                                      Los Angeles, CA  90071
                                      Tel:  (213) 680-8400

                                      *Attorneys for Plaintiffs*