1    Paula D. Pearlman, State Bar No. 109038
     Shawna L. Parks, State Bar No. 208301
2    Rebecca Craemer, State Bar No. 274276
     DISABILITY RIGHTS LEGAL CENTER
3    919 Albany Street
     Los Angeles, CA 90015
4    Telephone: (213) 252-7406
     Facsimile: (213) 736-1428
5    paula.pearlman@lls.edu
     shawna.parks@lls.edu
6    rebecca.craemer@lls.edu

7    Guy Ruttenberg, State Bar No. 207937
     Ali-Reza Boloori, State Bar No. 271489
8    Jason Kelly, State Bar No. 274144
     KIRKLAND & ELLIS LLP
9    333 South Hope Street
     Los Angeles, CA 90071
10   Telephone: (213) 680-8400
     Facsimile: (213) 680-8500
11   guy.ruttenberg@kirkland.com
     ali-reza.boloori@kirkland.com
12   jason.kelly@kirkland.com

13   Attorneys for Plaintiffs and the Proposed Class

14                 **UNITED STATES DISTRICT COURT**

15            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17   MS. WHEELCHAIR CALIFORNIA           CASE NO. CV 11-2620-JFW (CWx)
     PAGEANT, INC., an organization, and
18   LILLIBETH NAVARRO, an
     individual, on behalf of themselves and  **PLAINTIFFS' NOTICE OF**
19   all others similarly situated,           **MOTION AND MOTION FOR**
                                              **CLASS CERTIFICATION**
20                          Plaintiffs,
                                              Date:     August 1, 2011
21          v.                                Time:     1:30 P.M.
                                              Place:    Courtroom 16
22   STARLINE TOURS OF                        Before:   Judge John F. Walter
     HOLLYWOOD, INC., a business
23   entity,

24                          Defendant.

25

26

27

28

---
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN** that on August 1, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard by the Court, located at 312 N. Spring Street Los Angeles, California 90012, in the courtroom of the Honorable John F. Walter, plaintiffs Ms. Wheelchair California Pageant, Inc. and Lillibeth Navarro (collectively, "Plaintiffs") will and hereby do move the Court for an Order Certifying the Action to Proceed as  Class Action under Federal Rule of Civil Procedure 23, defined as follows, or as the Court might otherwise define in the exercise of its discretion:

> All persons with mobility disabilities who, because of their disabilities, are denied physical access to Starline Tours of Hollywood, Inc.'s services.

Plaintiffs further request that Plaintiffs Ms. Wheelchair California Pageant, Inc. and Lillibeth Navarro be appointed as the class representatives and that their counsel, Disability Rights Legal Center, and Kirkland & Ellis LLP, be appointed as counsel for the certified class.  This motion is brought on the grounds that the case satisfies the criteria in Federal Rule of Civil Procedure 23(a) for proceeding as a class action and meets the standards of Federal Rule of Civil Procedure 23(b)(2).

This motion is based on this Motion and Notice of Motion and Motion for Class Certification, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Jason Kelly in Support of this Motion, the Declaration of Dr. Mitchell P. LaPlante in Support of this Motion, the Declaration of Ruthee Goldkorn of Ms. Wheelchair California Pageant, Inc. in Support of this Motion, the Declaration of Laura Williams of Ms. Wheelchair California Pageant, Inc. in Support of this Motion, the Declaration of Lillibeth Navarro in Support of this Motion, the Declaration of Dafna Gozani in Support of this Motion, the Declaration of Paula D. Pearlman in Support of this Motion, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

1       Pursuant to Local Rule 7-3, counsel met and conferred in regard to this motion,

2 but the parties have not been able to reach a resolution eliminating the need for a

3 hearing in that counsel for Defendant will not agree to the relief sought here.

4

5 DATED:   June 28, 2011         By:    /s/ Guy Ruttenberg

6                                    Paula D. Pearlman

7                                    Shawna L. Parks

                                   Rebecca A. Craemer

8                                    DISABILITY   RIGHTS   LEGAL

9                                    CENTER

10                                    919 Albany Street

                                   Los Angeles, CA  90017

11                                    Tel:  (213) 252-7406

12                                    Guy Ruttenberg

13                                    Ali-Reza Boloori

                                   Jason Kelly

14                                    KIRKLAND & ELLIS LLP

15                                    333 South Hope Street

                                   Los Angeles, CA  90071

16                                    Tel:  (213) 680-8400

17                                    *Attorneys   for   Plaintiffs   and   the*

18                                    *Proposed Class*

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION