GHODS LAW FIRM
Mohammed K. Ghods (SBN 144616)
William A. Stahr (SBN 167870)
Jeremy A. Rhyne SBN 217378)
2100 N. Broadway, Ste. 300
Santa Ana, CA  92706
Telephone:   (714) 558-8580
Facsimile:    (714) 558-8579

Attorney for *Defendant*
STARLINE TOURS OF HOLLYWOOD INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC., a business entity,<br><br>            Defendant. | Case No.  CV11-02620 JFW (CWx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

- 1 -

**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER**

1    Upon consideration of the Parties' Stipulated Protective Order dated September
2  9, 2011 ("Protective Order"), and finding good cause thereon,
3    **IT IS HEREBY ORDERED** that the terms of the Protective Order shall govern the
4  handling and disclosure of documents, things, and information produced in this action.

Dated: September 12, 2011    _____/s/_____
CARLA WOEHRLE
MAGISTRATE JUDGE
U.S. DISTRICT COURT

- 2 -

**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER**