Paula D. Pearlman, State Bar No. 109038
paula.pearlman@lls.edu
Shawna L. Parks, State Bar No. 208301
shawna.parks@lls.edu
Rebecca Craemer, State Bar No. 274276
rebecca.craemer@lls.edu
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa St., Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1334
Facsimile: (213) 736-1428

Guy Ruttenberg, State Bar No. 207937
guy.ruttenberg@kirkland.com
Ali-Reza Boloori, State Bar No. 271489
ali-reza.boloori@kirkland.com
Jason Kelly, State Bar No. 274144
jason.kelly@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiffs and Class Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC., a business entity,<br><br>　　　　　　　Defendant. | CASE NO. CV 11-2620-JFW (CWx)<br><br>**DISCOVERY MATTER**<br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL INSPECTION**<br><br>Date:　　　　　November 1, 2011<br>Time:　　　　　10:00 AM<br>Before:　　The Honorable Carla Woehrle<br>Discovery Cut-Off:　　January 9, 2012<br>Pre-Trial Conference:　March 2, 2012<br>Trial Date:　　　March 20, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on November 1, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard by the Court, located at 255 East Temple Street, Los Angeles, California 90012, in the courtroom of the Honorable Carla Woehrle, Plaintiffs Ms. Wheelchair California Pageant, Inc. and Lillibeth Navarro (collective, "Plaintiffs") will and hereby do move the Court for an Order compelling Defendant Starline Tours of Hollywood, Inc. to permit Plaintiffs' counsel and experts to inspect Starline's vehicles, facilities, and records beginning on November 2, 2011, free of Starline's proposed limitations.

This motion is based on this Notice of Motion and Motion to Compel Inspection, Joint Stipulation Regarding Plaintiffs' Motion to Compel Inspection, Declaration of Jason Kelly in Support of Plaintiffs' Motion to Compel Inspection, Supplemental Declaration of Jason Kelly in Support of Plaintiffs' Motion to Compel Inspection, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Pursuant to Local Rule 37-1, counsel met and conferred in regard to this motion, but the parties have not been able to reach a resolution eliminating the need for a hearing. Pursuant to Local Rule 37-2.2, Plaintiffs delivered their portion of the Joint Stipulation and supporting evidence to opposing counsel via e-mail on September 30, 2011. Starline's counsel refused to provide its portion of the Joint Stipulation in accordance with Local Rule 37-2.2.

DATED: October 11, 2011        By:  /s/ Guy Ruttenberg
                                    Paula D. Pearlman
                                    Shawna L. Parks
                                    Rebecca A. Craemer
                                    DISABILITY RIGHTS LEGAL CENTER
                                    800 S. Figueroa St., Suite 1120
                                    Los Angeles, CA 90017

| | |
|---|---|
| 1 | Tel:  (213) 736-1334 |
| 2 | |
| 3 | Guy Ruttenberg<br>Ali-Reza Boloori |
| 4 | Jason Kelly<br>KIRKLAND & ELLIS LLP |
| 5 | 333 South Hope Street |
| 6 | Los Angeles, CA  90071<br>Tel:  (213) 680-8400 |
| 7 | |
| 8 | *Attorneys for Plaintiffs and the Proposed Class* |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL INSPECTION