**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

STARLINE TOURS OF HOLLYWOOD, INC., a business entity,

Defendant.

CASE NO. CV 11-2620-JFW (CWx)

**ORDER GRANTING JOINT REQUEST TO VACATE PRETRIAL AND TRIAL DATES**

Judge: The Honorable John F. Walter
Courtroom: Courtroom 16

In light of the parties' Notice of Settlement, filed August 18, 2014, the Court orders that all pretrial and trial dates, including the August 22, 2014 Final Status Conference, at which party representatives had been ordered to appear, are hereby vacated. All further proceedings in this matter are stayed, except as related to the class settlement approval process.

Plaintiffs are to file a Motion for Preliminary Approval of the Class Settlement Agreement on or before September 17, 2014.

**IT IS SO ORDERED.**

DATED: August 19, 2014

The Honorable John F. Walter