# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>STARLINE TOURS OF HOLLYWOOD, INC., a business entity,<br>　　　　　　　　　　Defendant. | CASE NO. CV 11-2620-JFW (CWx)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:　The Honorable John F. Walter<br>Courtroom:　Courtroom 16 |

　　　　Having considered Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement, the Court grants the Motion.  The Court hereby grants preliminary approval of the August 18, 2014 Settlement Agreement (Dkt. No. 410-1), approves the proposed Settlement Notice submitted as Exhibit A to the September 17, 2014 Declaration of Shaun Paisley, as well as the proposed method of distribution of the Settlement Notice, and sets the following schedule for final approval of the Settlement Agreement:

| Class Notice to be Distributed | October 23, 2014 |
|---|---|
| Deadline for Any Class Members' Objections to be Filed | December 22, 2014 |
| Deadline for Final Approval Motion, Motion for Attorneys' Fees and Expenses, and Responses to Any Class Member Objections | January 5, 2015 |
| Final Approval Hearing | February 2, 2015, at 1:30 p.m. |

**IT IS SO ORDERED.**

DATED:   October 20, 2014

_____
The Honorable John F. Walter

1