JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. WHEELCHAIR CALIFORNIA PAGEANT, INC., an organization, and LILLIBETH NAVARRO, an individual, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br>     v.<br>STARLINE TOURS OF HOLLYWOOD, INC., a business entity,<br>                     Defendant. | CASE NO. CV 11-2620-JFW (CWx)<br><br>**JUDGMENT**<br><br>Judge:   The Honorable John F. Walter<br>Courtroom:   Courtroom 16 |

In accordance with the Court's February 2, 2015 order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees and Expenses (Dkt. No. 426):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, in light of the Court's order finally approving the Settlement Agreement, all claims asserted by Plaintiffs and the Certified Class are hereby dismissed with prejudice. Pursuant to the Settlement Agreement (Dkt. No. 410-1 ¶ 32), this Court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement, as necessary.

DATED: February 10, 2015

_____
The Honorable John F. Walter